IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MOHAMMAD ZAHIR UDDIN<br>3020 Hewitt Avenue, Apt. 264<br>Silver Spring, MD 20906<br><br>　　　Plaintiff<br><br>　　　v.<br><br>TRAVELERS PROPERTY & CASUALTY<br>INSURANCE COMPANY<br>Serve: Corporation Service Company<br>　　　1090 Vermont Avenue, Suite 430<br>　　　Washington, D.C. 20005<br><br>　　　Defendant | :<br>:<br>:<br>:  C.A. No.:<br>:  Judge:<br>:  Calendar:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT

1. Jurisdiction is founded in this Court based upon 28 U.S.C. §1364, and 22 U.S.C. §254(a)(3), permitting direct actions against insurers of members of diplomatic missions and their families.

2. Venue is properly placed in the United States District Court for the District of Columbia pursuant to 28 U.S.C. §1391(b), whereby jurisdiction is granted to persons sustaining injuries in the District of Columbia caused by a negligent act in the District of Columbia.

3. Plaintiff, Mohammad Zahir Uddin, is a resident of the State of Maryland.

4. Defendant Travelers Property & Casualty Insurance Company, is a foreign limited liability company which does business in the District of Columbia.

5. At all relevant times herein, Defendant Travelers Property & Casualty Insurance Company, insured the vehicle of Peter Westerstrahle with liability coverage for use of a motor vehicle (policy # 9783936971011; claim #UKG0212), which was involved in the subject

accident.

6.     At all relevant times, Peter Westerstrahle, was a member of a mission as defined by 22 U.S.C. §254(a)(3).

7.     That on or about December 16, 2007, at the intersection of Wisconsin Avenue and Davenport Street, NW Washington, D.C., Plaintiff Uddin was carefully and prudently operating his motor vehicle on Davenport Street and was making a left turn onto Wisconsin Avenue on a green traffic light.

8.     At that same time and place, Mr. Peter Westerstrahle owned and then carelessly and negligently operated his motor vehicle on Wisconsin Avenue, and entered the intersection with Davenport Street on a red traffic light causing the subject collision with Plaintiff's vehicle.

9.     Peter Westerstrahle owed a duty of care to Plaintiff to exercise reasonable care in the operation of his vehicle; to stop at a red light; to yield the right of way to traffic with a green light; to pay full time and attention to all vehicles on the road; to maintain proper control of the vehicle; to keep a proper lookout; to drive with due regard for the safety of all persons on the road; and to obey all traffic rules and regulations then in effect in the District of Columbia.

10.    Peter Westerstrahle negligently breached the duty of care when he failed to: exercise reasonable care in the operation of his vehicle; stop at a red light; yield the right of way to traffic with a green light; pay full time and attention to all vehicles on the road; maintain proper control of the vehicle; keep a proper lookout; drive with due regard for the safety of all persons on the road; and obey all traffic rules and regulations then in effect in the District of Columbia.

11.    Said occurrence was due to no fault or lack of due care on the part of the plaintiff contributing thereto.

12. As a direct and proximate result of the negligence of Peter Westerstrahle, Plaintiff sustained severe and permanent bodily injuries.

13. As a further direct and proximate result of the negligence of Peter Westerstrahle, Plaintiff has sustained past and will sustain future substantial pain, suffering and emotional anguish.

14. As a further direct and proximate result of the negligence of Peter Westerstrahle, Plaintiff has incurred and will continue to incur substantial medical expenses, lost wages and related damages.

WHEREFORE, plaintiff Mohammad Zahir Uddin demands judgment against defendant Travelers Property Casualty Insurance Company, in the full and just amount of Five Hundred Thousand Dollars ($500,000.00), plus interest and costs of this suit.

Respectfully Submitted,

Ashcraft & Gerel, LLP

Jerry Spitz, #413137
2000 L Street, NW #400
Washington, D.C. 20036
202-783-6400
Attorney for Plaintiff